IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION



FILED
JAN X9 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| **BARRETT J. GAY** | * | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | * | |
| vs. | * | Case No. 16-CV-03013-NC |
| | ****** | |
| **THE FACEBOOK INC,** | | |
| Defendant, | | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C. P. 41(a)(1)(A)(i)

Pursuant to F. R. C. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Pro se Plaintiff Barrett J. Gay, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant Facebook, Inc.

Dated: January 05, 2017

Barrett J. Gay, Plaintiff (Pro Se)
*Printed Name*            *Bar Number*

5329 Riverwalk Drive, Building 1-A
*Address*

Atlanta, GA 30349
*City/State/Zip*

(470)334-3805  Barrett_Gay@yahoo.com
*Phone No.*               *Fax No.*

Barrett_Gay@yahoo.com
*Email*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

BARRETT J. GAY                    *

    Plaintiff,                    *          Case No. 16-CV-03013-NC

vs.                               *
                                           ******

THE FACEBOOK INC,

    Defendant,

## CERTIFICATE OF SERVICE

I hereby certify that on January 05, 2017, a copy of Plaintiff's Notice of Voluntary Dismissal Pursuant to F. R. C. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure was sent via email to Mr. Andrew Mace (Counsel for Defendant) at AMace@Cooley.com, via USPS mail to Cooley Law Firm at 3175 Hanover St., Palo Alto, CA 94304-1130, and via USPS mail to the Honorable Nathanael M. Cousins at 280 South First St., Room 2112, San Jose, CA 95113-3095.

Dated: January 05, 2017

                                            Barrett J. Gay, Plaintiff (Pro Se)
                                            *Printed Name*          *Bar Number*

                                            5329 Riverwalk Drive, Building 1-A
                                            *Address*

                                            Atlanta, GA 30349
                                            *City/State/Zip*

                                            (470)334-3805 Barrett_Gay@yahoo.com
                                            *Phone No.*                    *Fax No.*

                                            Barrett_Gay@yahoo.com
                                            *Email*

Barrett Cauly
5329 Riverwalk Dr.
Building 1-A
Atlanta, GA 30349

Office of the Clerk, U.S.D.C.
NICA
280 South First St., Room 2112
San Jose, CA 95113-3095
Judge N.M. Cousins


