| | |
|---|---|
| MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>ANDREW MACE (284484)<br>(amace@cooley.com)<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | BARRETT J. GAY (*pro se*)<br>(Barrett_Gay@yahoo.com)<br>5329 Riverwalk Drive, Building 1-A<br>Atlanta, GA 30349<br>Telephone: (470) 334-3805 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BARRETT J. GAY,<br><br>                    Plaintiff,<br><br>         v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | Case No.  16-cv-03013-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE WITH [PROPOSED] ORDER**<br><br>The Honorable Nathanael M. Cousins |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Barrett J. Gay and
2  defendant Facebook, Inc. hereby stipulate to the dismissal with prejudice of the complaint with each
3  side to bear its own fees, costs, and expenses.
4  Plaintiff hereby withdraws Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)
5  (the "Notice") filed on January 9, 2017.  (*See* ECF Dkt. 29)

**IT IS SO STIPULATED.**

Dated:  January 9, 2016                    COOLEY LLP

                                           /*s/ Mark R. Weinstein*
                                           Mark R. Weinstein

                                           Attorneys for Defendant
                                           FACEBOOK, INC.

Dated:  January 9, 2016                    /*s/ Barrett J. Gay (by permission)*
                                           Barrett J. Gay (*pro se*)
                                           Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:
                                           The Honorable Nathanael M. Cousins
                                           United States Magistrate Judge

## **ATTESTATION**

I, Mark R. Weinstein, am the ECF users whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Barrett J. Gay has concurred in this filing.

*/s/ Mark R. Weinstein*
Mark R. Weinstein

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. On the date set forth below I served the documents described below in the manner described below:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following part(ies) in this action:

Barrett J. Gay
5329 Riverwalk Drive
Building 1-A
Atlanta, GA 30349

Executed on January 9, 2017, at Palo Alto, California.

_____
Jocelyn C. McIntosh